AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
FEB 09 2018
Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Francisco Alonso CARDENAS-Gonzalez<br>YOB: 1992  Citizenship: Mexico<br><br>Defendant(s) | ) ) ) ) ) ) )   Case No. M-18-0291-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 08, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Did knowingly and intentionally possess with the intent to distribute approximately 10.94 kilograms of cocaine, a schedule II controlled substance, from the United Mexican States. |

This criminal complaint is based on these facts:
On February 08, 2018 Francisco Alonso CARDENAS-Gonzalez was detained attempting to enter the United States through the Hidalgo, Texas Port of Entry with approximately 10.94 kilograms of cocaine concealed in the vehicle he was driving.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

Jesus R. Cuellar , HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/8/2018

_____
Judge's signature

City and state: __McAllen, Texas__

U.S. Magistrate J. Scott Hacker
*Printed name and title*

# "ATTACHMENT A"

I am a Task Force Officer with United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On February 08, 2018, Francisco Alonso CARDENAS-Gonzalez entered the United States through the Pharr, Texas Port of Entry operating a 2008 Ford Escape bearing Tamaulipas registration 872TRN6.

2. At the Hidalgo Port of Entry, Francisco Alonso CARDENAS-Gonzalez gave a negative declaration for narcotics, weapons, ammunition and monetary instruments in excess of $10,000 to Customs and Border Protection (CBP) officers and provided a Border Crossing Card as identification.

3. Francisco Alonso CARDENAS-Gonzalez and his vehicle were referred for a secondary inspection. Customs and Border Protection Officers conducted a non-intrusive inspection utilizing the Z-Portal X-Ray machine, which showed anomalies in the vehicle.

4. CBP Officers probed the identified areas, discovering a white powdery substance, which field tested positive for the properties of cocaine.

5. Further inspection resulted in the discovery of ten (10) bundles concealed within the fire wall and dash board area of the vehicle with a gross weight of ten point ninety four (10.94) kilograms.

6. Homeland Security Investigation (HSI) Special Agents (SA) and Task Force Officers (TFO), advised Francisaco Alonso CARDENAS-Gonzalez of his Miranda warnings in the Spanish language, which he stated he understood and waived in writing.

7. On the Post Miranda interview, Francisco Alonso CARDENAS-Gonzalez stated that he is the registered owner of the vehicle he was driving. Furthermore, Francisco Alonso CARDENAS-Gonzalez stated that he was aware that he was transporting something illegal and believed to be transporting narcotics. Francisco Alonso CARDENAS-Gonzalez stated that he was going to turn over his vehicle to an unknown individual in the Mission, Texas area once he crossed into the United States. Francisco Alonso CARDENAS-Gonzalez stated that he was going to get paid between $300.00-$500.00 once he returned to Mexico.

8. Homeland Security Investigations SAs and TFOs placed Francisco Alonso CARDENAS-Gonzalez under arrest for violations of 21 USC sections 841. Francisco Alonso CARDENAS-Gonzalez will be held at the Palmview Police Department until his initial appearance.